AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERTO OROZCO-RAMIREZ | ) | Case No. |
| | ) | MJ-26-03 -GF-JTJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 2025 until his arrest___ in the county of ___Roosevelt___ in the

___ District of ___Montana___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | Illegal Re-entry of a Removed Alien (Penalty: Two years of imprisonment, $250,000 fine, one year of supervised release, $100 special assessment) |
| 18 U.S.C. 115 | Threatening a Federal Officer (Penalty: Six years of imprisonment, $250,000 fine, three years of supervised release, $100 special assessment) |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*Nicholas Buchnowski*
*Complainant's signature*

Nicholas Buchnowski, Sup. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/21/2026___

*John Johnston*
*Judge's signature*

City and state: ___Butte, Montana___        John T. Johnston, United States Magistrate Judge
*Printed name and title*