PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

FEB 04 2026

Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 26- 11 -GF- BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ILLEGAL REENTRY<br>Title 8 U.S.C. § 1326(a)<br>(Penalty: Two years of imprisonment, $250,000 fine, and one year of supervised release) |
| ROBERTO OROZCO-RAMIREZ, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That in or about and between March 2025 and January 25, 2026, near Froid, within Roosevelt County, in the State and District of Montana, the defendant, ROBERTO OROZCO-RAMIREZ, an alien and citizen of Mexico, was found in the United States after having been denied admission, excluded, deported, and removed in or about September 2009, and without having obtained the express consent of the

1

Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).

A TRUE BILL.

<span style="color:red">Foreperson Signature Redacted Original Document Filed Under Seal</span>

_____
FOREPERSON

_____
*for* KURT G. ALME
United States Attorney

_____ *for*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney