RACHEL JULAGAY
Federal Defender
R. HENRY BRANOM JR.
Senior Litigator
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
hank_branom@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
        Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 26-11-GF-BMM** |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS** |
| | [Speedy Trial Act, 18 U.S.C. §3161(h)(1) Excludable Time:  Unknown] |
| ROBERTO OROZCO-RAMIREZ, | |
| Defendant. | |

COMES NOW, Defendant Roberto Orozco-Ramirez, by and through his Counsel Rachel Julagay, Federal Defender, R. Henry Branom Jr., Senior Litigator, and the Federal Defenders of Montana, and respectfully moves this Court to dismiss the Indictment in this matter.  Mr. Orozco-Ramirez's prior removal is invalid and Constitutionally infirm.

1

In accordance with the Local Rules of this Court, the undersigned has contacted the office of the Attorney for the Government, Paulette Stewart, Assistant United States Attorney, and the Government opposes this motion.  This Motion is made and based upon the files and records of this case, the Due Process clause of the United States Constitution, the cases interpreting 8 U.S.C. § 1326(a) and the supporting Memorandum of Points and Authorities filed under separate cover. Defendant respectfully requests the Indictment be dismissed with prejudice and for whatever further relief this Court deems necessary and just.

RESPECTFULLY SUBMITTED this 19th day of March, 2026.

/s/ Rachel Julagay

2

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 19, 2026, a copy of the foregoing document was served on the following persons by the following means:

 1, 2 CM-ECF
_____ Hand Delivery
   3  Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1.   CLERK, UNITED STATES DISTRICT COURT

2.   PAULETTE L. STEWART
     Assistant United States Attorney
     United States Attorney's Office
         Counsel for the United States of America

3.   ROBERTO OROZCO-RAMIREZ
         Defendant

/s/ Rachel Julagay