**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone:    (406) 457-5120**
**FAX:      (406) 457-5130**
**Email: paulette.stewart@usdoj.gov**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-11-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** |
| **ROBERTO OROZCO-RAMIREZ,** | |
| **Defendant.** | |

The United States of America, represented by Paulette L. Stewart, Assistant United States Attorneys, moves the Court to dismiss the Indictment without prejudice.    See R. Crim. P. 48(a).    The United States contends that for facts specific to this case, that dismissal is in the best interests of justice.

Counsel for Mr. Orozco-Ramirez report they are unopposed to the government motion to dismiss but will file a brief response.

1

DATED this 13th day of April, 2026.

TIMOTHY J. RACICOT
Acting United States Attorney

/s/ *Paulette L. Stewart*
PAULETTE L. STEWART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
**L.R. 5.2 (b)**

I hereby certify that on April 13, 2026, a copy of the foregoing document

was served on the following persons by the following means:

| 1, 2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Office Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Rachel Julagay and R. Henry Branom Jr.
   Attorneys for Defendant

*/s/ Paulette L. Stewart*
PAULETTE L. STEWART
Assistant U.S. Attorney