**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ROBERTO OROZCO-RAMIREZ,**<br><br>**Defendant.** | **CR 26-11-GF-BMM**<br><br><br>**ORDER** |

Pending before the Court is the unopposed motion of the United States of America to dismiss Indictment. For good cause shown,

IT IS ORDERED that Indictment is dismissed, and all pending motions are denied as moot. The April 22, 2026, hearing in this matter is vacated.

DATED this 14th day of April, 2026.

Brian Morris, Chief District Judge
United States District Courts